**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**SABREEM ALEEM**                                                                                        **PLAINTIFF**

**Vs.**                                    **CASE NO. 2:10CV00145 BSM**

**NATIONAL CREDIT SYSTEMS, INC**                                                   **DEFENDANT**

<u>**ORDER**</u>

Plaintiff filed her complaint on September 24, 2010, and the docket sheet reflects "summons issued and returned to counsel." Nothing in the case file, however, indicates that plaintiff has served defendant and therefore the file indicates that plaintiff has failed to comply with Federal Rule of Civil Procedure 4(m) requiring service upon defendants within 120 days after the complaint is filed.  It appears that plaintiff does not wish to pursue this action.

IT IS THEREFORE ORDERED that plaintiff shall file proof of service within fourteen (14) days of the entry of this order.  If plaintiff fails to comply with this order, the action will be dismissed for failure to prosecute.

IT IS SO ORDERED this 27th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE