# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**SABREEM ALEEM**                                                                                       **PLAINTIFF**

v.                              **CASE NO. 2:10cv00145 BSM**

**NATIONAL CREDIT SYSTEMS, INC.**                                               **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Sabreem Aleem requests this case be dismissed due to settlement. [Doc. No. 4]. For good cause shown, the motion is granted. Pursuant to settlement, this case is dismissed without prejudice, without costs to either party, and with leave for plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal with prejudice.

IT IS SO ORDERED this 28th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE